■ ERWIN STRAUS, Individually and as Executor of OSCAR STRAUS, Deceased, Appellant, v. EDITIONS SALABERT, Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ PLASTONE COMPANY, Respondent, v. STRAUSS STORES CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ LESAVOY INDUSTRIES, INC., et al., Respondents, v. PROVIDENCE WASH-INGTON INSURANCE COMPANY et al., Appellants, et al., Defendant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ RUSS TOGS, INC., Respondent, v. JOHN BOCK et al., Individually and as Copartners Doing Business under the Name of BOCK PRESSING MACHINE CO., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ SARAH KELLY et al., Appellants, v. VANIA CAB CORP. et al., Respondents.— Appeal from order entered December 16, 1955, unanimously dismissed, with $20 costs and disbursements to the respondents. The appeal is from an order denying a motion to reargue, which is not appealable. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ. [See post, p. 873.]

■ GRACE R. PHILLIPS, Respondent, v. GEORGE M. PHILLIPS, Also Known as MARTIN G. PHILLIPS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ In the Matter of the Accounting of FREDERICK W. APPELL et al., as Executors of ALBERT J. APPELL, Deceased, Appellants. CHARLOTTE H. APPELL et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ LEON ENZLER, Respondent, v. CHARLES A. SARETSKY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The suggested ambiguity requiring interpretation and application of the order may appropriately be made the subject of a ruling at Special Term, Part II. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ WILLIAM V. BRADLEY, Individually and as President of the International Longshoremen's Association and as President of United Marine Division, ILA, Local 333, et al., Respondents, v. JOSEPH O'HARE, Individually and as President of Federal Labor Union No. 24948 New York, New York United Marine Division, Local 333, AFL, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.